**Order entered February 5, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00018-CV

## MICHAEL SUTTON, Appellant

## V.

## OCTAPHARMA PLASMA INCORPORATED, Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-06879**

## ORDER

Before the Court is appellant's February 3, 2020 request to extend the time to file the reporter's and clerk's records. We **GRANT** the request and extend the time to **March 4, 2020**.

/s/    KEN MOLBERG
        JUSTICE